IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CASE NO. 5:10-cr-39-RS-CJK
                                         CASE NO. 5:12-cv-217-RS-CJK

PASCUAL MONTOR TORRES,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 387). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Amended Motion By a Person in Federal Custody to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 356) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**ORDERED** on December 3, 2014.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**